## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Janet Atkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10172-DRH-PMF |
| *Teresa Collins, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10035-DRH-PMF |
| *Kimya Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10151-DRH-PMF |
| *Jill Kerley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10152-DRH-PMF |
| *Katie E. Warren v. Bayer Corporation, et al.* | No. 3:13-cv-10130-DRH-PMF |
| *Elizabeth Celestino v. Bayer Corporation, et al.* | No. 3:13-cv-10125-DRH-PMF |
| *Kelli Frye v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10038-DRH-PMF |
| *Jamella Hollis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10039-DRH-PMF |
| *Maggie Lynch v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:13-cv-10040-DRH-PMF |
| *Shantel Roberts, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10030-DRH-PMF |
| *Caroline Ojeda, et al. v. Bayer Corporation, et al.* | No. 3:13-cv-10031-DRH-PMF |
| *Natasha Harris, et al. v. Bayer Corporation, et al.* | No. 3:12-cv-11688-DRH-PMF |
| *Jamie Parish, et al. v. Bayer Corporation, et al.* | No. 3:12-cv-11641-DRH-PMF |
| *Heather Lewis, et al. v. Bayer Corporation, et al.* | No. 3:12-cv-11548-DRH-PMF |

| | |
|---|---|
| *Brenda Lee Gilley v. Bayer Corporation, et al.* | No. 3:12-cv-11428-DRH-PMF |
| *Kay E. Cochran v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:11-cv-12142-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that, pursuant to the Order of Dismissal filed on March 3, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.03.03 15:18:47 -06'00'

BY: /s/ *Caitlin Fischer*
**Deputy Clerk**

U.S. DISTRICT JUDGE